

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-18-00061-CV

**CITY OF CARRIZO SPRINGS**,
Appellant

v.

Gregory **HOWARD**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-02-12509-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The appellant's brief has been filed. Although only substantial compliance with Rule 38 is required, we may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. See Tex. R. App. P. 38.9(a). The argument section of the brief contains no citations to the appellate record. This briefing defect constitutes a flagrant violation of Rule 38.

We therefore order appellant to file an amended brief by **April 9, 2018**. If a timely amended brief that corrects this deficiency is not filed, we may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. See Tex. R. App. P. 38.9(a). This may include dismissal of this appeal for want of prosecution. Id. R. 38.8(a)(1). Elizondo v. City of San Antonio, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court